

# Fourth Court of Appeals
## San Antonio, Texas

October 16, 2013

No. 04-13-00370-CV

**IN RE** Rowland J. **MARTIN,** Individually and as
Administrator of the Estate of Johnnie Mae King

Original Mandamus Proceeding[1]

**ORDER**

Sitting:        Catherine Stone, Chief Justice
                Sandee Bryan Marion, Justice
                Luz Elena D. Chapa, Justice

On October 3, 2013, relator filed an amended petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 13th, 2013.

_Catherine Stone_
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of October, 2013.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2001-PC-1263, styled *In the Matter of the Estate of Johnnie Mae King, Deceased*, pending in Probate Court No. 1, Bexar County, Texas, the Honorable Polly Jackson Spencer, presiding; Cause No. 2003-TA1-02385, styled *State of Texas, County of Bexar, et al. v. Opal Gilliam, et al.*, pending in the 150th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding; Cause No. 2009-TA1-01454, styled *Bexar County, et al. v. Rowland J. Martin Jr., et al.*, pending in the 288th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding; and Cause No. 2004-TA1-02802, styled *County of Bexar, et al. v. Opal Gilliam, et al.*, pending in the 224th Judicial District Court, Bexar County, Texas, the Honorable Michael Mery, presiding.